| | |
|---|---|
| 1 | JOSHUA GRUENBERG (SBN: 163281) |
| | josh@gruenberglaw.com |
| 2 | PAMELA VALLERO (SBN: 308301) |
| | pam@gruenberglaw.com |
| 3 | KATHERINE KREBS (SBN: 339223) |
| | krebs@gruenberglaw.com |
| 4 | GRUENBERG LAW |
| | 2155 First Avenue |
| 5 | San Diego, CA 92101 |
| | Telephone: (619) 230-1234 |
| 6 | |
| 7 | Attorneys for Plaintiff |
| | CLAUDIA MELENDREZ |
| 8 | |
| 9 | ROGER MANSUKHANI (SBN: 164463) |
| | rmansukhani@grsm.com |
| 10 | L. GEOFFREY LEE (SBN: 234024) |
| | glee@grsm.com |
| 11 | SHIRIN GHAFARY (SBN:346261) |
| | sghafary@grsm.com |
| 12 | GORDON REES SCULLY MANSUKHANI, LLP |
| | 101 W. Broadway, Suite 2000 |
| 13 | San Diego, CA 92101 |
| | Telephone: (619) 230-7418 |
| 14 | Facsimile: (619) 696-7124 |
| 15 | Attorneys for Defendant |
| | ALL KIDS ACADEMY HEAD START, INC. |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CLAUDIA MELENDREZ, and individual, | ) ) ) | CASE NO. 3:22-cv-01725-AGS-SBC |
| Plaintiff, | ) ) ) | (Removed from San Diego County Superior Court, Case No. 37-2022-00037730-CU-WT-CTL) |
| v. | ) ) | |
| ALL KIDS ACADEMY, an unknown business entity; and DOES 1 through 25, Inclusive, | ) ) ) ) | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |
| Defendants. | ) ) ) ) ) | |

1   It is hereby stipulated by and between the parties to this action through their
2   designated counsel that the entire action be dismissed with prejudice pursuant to
3   FRCP 41(a)(1). Each side to bear their own fees and costs.

4   Dated: August 30, 2024                    GRUENBERG LAW

                                              By: _____
                                              Joshua Gruenberg
                                              Katherine Krebs
                                              Attorneys for Plaintiff
                                              CLAUDIA MELENDREZ

10  Dated: August 30, 2024                    GORDON REES SCULLY
                                              MANSUKHANI, LLP

                                              By: _____
                                              L. Geoffrey Lee
                                              Shirin Ghafary
                                              Attorneys for Defendant
                                              ALL KIDS ACADEMY
                                              HEAD START INC.